UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :          **RESCHEDULING ORDER**
                                   :
**Dilicia Aguirre-Orellana**       :          7-23-cr-0076-1 PMH
                    Defendant.     :
                                   :
-----------------------------------------------------------x

The change of plea hearing for Defendant Aguirre-Orellana scheduled for 03/30/2023 at 10:30 a.m. is rescheduled to 10:00 a.m. on that same day in Courtroom 520.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: March 21, 2023                SO ORDERED:

                                     _____
                                     Philip M. Halpern, U.S.D.J