

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION DEPARTMENT

P7940553

**TO:** <u>Honorable Philip M. Halpern</u>
U.S. District Judge

**FROM:** <u>James S. Mullen</u>
Supervisory U.S. Probation Officer

Re: <u>Dilicia Aguirre-Orellana</u>
Dkt No.: 23-CR-076 (PMH)

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please direct your response to the Clerk's office to be docketed. **Also, please forward a copy of your response to our office at 500 Pearl Street, 6th floor, and to the undersigned officer via email at Ashley_Geiser@nsyp.uscourts.gov so that we may take appropriate action.**

Respectfully submitted,

Joshua Sparks
Chief U.S. Probation Officer

By: _____
James S. Mullen
Supervisory U.S. Probation Officer
212-805-0414

Prepared By:

*Ashley E. Geiser*

Ashley E. Geiser
U.S. Probation Officer
212-805-5196
DATE: July 24, 2023

NY 201(a)



P7940553

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## MEMORANDUM

**TO:** Honorable Philip M. Halpern, U.S. District Judge
**FROM:** Ashley E. Geiser, USPO
**RE** Dilicia Aguirre-Orellana Psychosexual Evaluation Payment
**DATE:** July 24, 2023

### PAYMENT AUTHORIZATION

As approved by Your Honor, arrangements were made by the Probation Department for a psychosexual mental health evaluation to be prepared for the Court, pursuant to 18 USC 3552.

Attached please find the bill submitted, in the amount of $4,500.00, by Empire State Forensics, LCSW P.C.

We are requesting that Your Honor authorize the Clerk of the Court to make payment to Empire State Forensics, as the report has been completed and submitted to the Probation Department and the Court. Execution of the attached Order which we have prepared will enable us to have payment made by the Clerk of Court.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                    23-CR-076 (PMH)

-   against -

                                                    ORDER

DILICIA AGUIRRE-ORELLANA

        Defendant

-----------------------------------------------------------------x

      It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, LCSW P.C. in the amount of $4,500.00, for professional services rendered in connection with the above captioned case.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
           July 25, 2023

# Empire State Forensics

---

Fortune Building - 280 North Central Avenue - Suite 40 - Hartsdale, NY 10530 (

# INVOICE

**Date Submitted:** July 19, 2023

**Re:** Dilicia Aguirre-Orellana

**Dates Seen**: May 12 and June 9, 2023

**Location:** Westchester County Correctional Facility, Valhalla NY

**Type of Assessment/Evaluation:**

Adult Sexual Offense Risk Evaluation Psychosexual Assessment

**Completed By:** Sara Liebert, Psy.D.

**Payment Information:**

Total Cost of Assessment/Evaluation **$ 4,500.00**


Please make check **payable** to: **Empire State Forensics**

Please send check to: **280 North Central Ave. Suite 40**

**Hartsdale, New York 10530**
**Att: Kenneth J. Lau, LCSW**

*Kenneth J. Lau, LCSW*

Kenneth J. Lau, LCSW   Director

**EIN** #: 82-2916796