UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

DILICIA AGUIRRE-ORELLANA,

                Defendant.
------------------------------------------------------------x

**RESCHEDULING ORDER**

7:23-cr-00076-PMH

Sentencing in this matter currently scheduled for December 5, 2023 at 11:00 a.m. is rescheduled to April 8, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due by March 18, 2023. Government's submission is due by March 25, 2023.

**SO ORDERED:**

Dated: White Plains, New York
       November 2, 2023

_____
Philip M. Halpern
United States District Judge