UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

DILICIA AGUIRRE-ORELLANA,

                Defendant.
-------------------------------------------------------------x

**RESCHEDULING ORDER**

7:23-cr-00076-PMH

Sentencing in this matter currently scheduled for April 8, 2024 is rescheduled to April 9, 2024 at 11:30 a.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       March 21, 2024

_____
Philip M. Halpern
United States District Judge